IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED

NOV 3 0 2010

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

JONATHAN LEE RICHES,            )
                                )
        Plaintiff,              )
                                )
v.                              )        Civil Action No. 3:09CV300-HEH
                                )
CHICAGO SUN-TIMES, *et al.*,    )
                                )
        Defendants.             )

**MEMORANDUM OPINION**
**(Denying Rule 60(b) Motion And Request To Intervene)**

Plaintiff, a federal inmate, submitted this action and requested leave to proceed *in forma pauperis*. Plaintiff is a prolific litigator of frivolous litigation. *See Riches v. Karpinski*, Nos. 3:08cv00347, 3:08cv00346, 2008 WL 2564785, at *3 (W.D. Wis. June 25, 2008) (noting, in Plaintiff's 1,834th lawsuit, that his allegations of imminent harm carried no weight). By Memorandum Opinion and Order entered on July 29, 2009, the Court dismissed the present action without prejudice. On August 16, 2010, the Court received a motion from Plaintiff pursuant to Federal Rule of Civil Procedure 60(b). In his Rule 60(b) motion, Plaintiff requests that the Court reopen the action and allow a number of other inmates to intervene. "The remedy provided by [Rule 60(b)], however, is extraordinary and is only to be invoked upon a showing of exceptional circumstances." *Compton v. Alton S.S. Co., Inc.*, 608 F.2d 96, 102 (4th Cir. 1979) (citing cases). Plaintiff fails to identify any exceptional circumstances that would warrant relief under Rule 60(b).

Accordingly, his motion under Rule 60(b) and the accompanying request to permit other inmates to intervene will be denied.

An appropriate Order shall accompany this Memorandum Opinion.

/s/

Henry E. Hudson
United States District Judge

Date: Nov. 30, 2010
Richmond, Virginia